UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEANNA FINNIGAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-4685 |
| | ) | |
| | ) | Judge |
| SGT ROBERT CARRILLO # 2429, | ) | |
| P.O. MICHAEL PETTIS # 15422, | ) | Magistrate Judge |
| P.O. JAIRO VALERIANO #10649, | ) | |
| JOHN DOE CHICAGO POLICE | ) | JURY DEMAND |
| OFFICERS, Individually, and | ) | |
| THE CITY OF CHICAGO, | ) | |
| A Municipal Corporation, | ) | |
| Defendants. | ) | |

## ATTORNEYS' LIEN

**NOW COMES**, The Law Office of C.N. Norris, LLC, and in support of their Attorney Lien, states as follows:

1. The Law Office of C.N. Norris, LLC is currently legal counsel for the Plaintiff, Deanna Finnigan.

2. While representing the Plaintiff, The Law Office of C.N. Norris, LLC is incurring legal expenses and costs.

3. This is a notice of our Attorneys' Lien in conjunction with our Attorney/Client Contingency Agreement and Statutory Fee Provision under 42 USC 1988.

                                                    Respectfully Submitted,
                                                    ___/s/ Brian Orozco____
                                                         Brian Orozco

**Brian Orozco**
Associate Attorney
The Law Office of C.N. Norris, LLC
900 W Jackson Blvd. | Suite 7e
Chicago, IL 60607
312.625.6129 Phone