**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEANNA FINNIGAN, | ) | Case No. 21 C 4685 |
| Plaintiff, | ) | |
| v. | ) | Judge Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S**
**MOTION TO SEAL DOCUMENT 4**

Defendant City of Chicago ("Defendant City"), by and through its attorneys, Celia Meza, Corporation Counsel, respectfully requests that this Court seal Document 4 in this case. In support of this Motion, Defendant states as follows:

1. On December 26, 2018, Plaintiff filed Proof of Service of personal service on Defendant Roberto Carrillo at his home address. ECF Doc. 4.

2. Employees of the Chicago Police Department may be served through the Office of Legal Affairs on the 5th floor of Police Headquarters at 3510 S. Michigan Ave., Chicago, IL 60653. This prevents the home addresses of department members from becoming a part of the public record due to safety and privacy concerns.

3. Upon becoming aware of this issue, the attorneys for the City contacted the attorney for Plaintiff, who indicated he has no objection to this motion.

WHEREFORE, for the reasons stated above, Defendant City of Chicago respectfully requests that the Court seal Document 4 in this case, and for any additional relief this Court deems appropriate.

**Dated: September 9, 2021**

Respectfully submitted,

1

Celia Meza
Corporation Counsel of the City of Chicago

By:    /s/ Cheryl Friedman
Cheryl Friedman
Assistant Corporation Counsel

Andréa Campbell, Assistant Corporation Counsel Supervisor
Cheryl Friedman, Assistant Corporation Counsel
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4038
(312) 744-6566 (fax)
ARDC No.: 6318488
Cheryl.friedman1@cityofchicago.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I electronically filed the foregoing DEFENDANT'S MOTION TO SEAL DOCUMENT 4 with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Cheryl Friedman
Cheryl Friedman

2