# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DEANNA FINNIGAN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:21-cv-04685** |
| | ) | |
| **v.** | ) | **Judge Steven C. Seeger** |
| | ) | |
| **SGT ROBERT CARRILLO #2429** | ) | **Magistrate Judge Jeffrey T. Gilbert** |
| **P.O. MICHAEL PETTIS #15422,** | ) | |
| **P.O. JAIRO VALERIANO #10649,** | ) | **JURY DEMAND** |
| **JOHN DOE CHICAGO POLICE** | ) | |
| **OFFICERS, THE CITY OF CHICAGO,** | ) | |
| **A Municipal Corporation,** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES**
**DIRECTED TO ROBERT CARRILLO #2429**

DEMAND is hereby made upon you pursuant to the provisions of Rule 33 of the Federal

Rules of Civil Procedure to answer fully, in writing, and under oath within thirty (30) days of

service hereof upon Defendants the following interrogatories propounded by the Plaintiff:

1. List the full name, work address, work phone number, star number, and official

title of the individual in the photos, attached as Exhibit A, taken on November 25, 2019.

**ANSWER:**

2. List all the phone numbers, including the phone providers to those numbers, you

called on November 25, 2019 – November 26, 2019.

**ANSWER:**

3.      List the full name, work address, work phone number, and star number of every officer or law enforcement employee you spoke with on November 25, 2019 – November 26, 2019, regarding Deanna Finnigan's (DOB: 4/24/1992, IR # 2258328, CB #19902263) arrest, processing, and detention.

**ANSWER:**

4.      List the full name, work address, work phone number, and star number of every officer involved in the arrest, processing, and detention of Deanna Finnigan on November 25, 2019, and November 26, 2019.

**ANSWER:**

5.      Identify the cell phone provider and phone number that you used on November 25, 2019, & November 26, 2019.

**ANSWER:**

Respectfully submitted,

_____

Brian Orozco

The Law Office of C.N. Norris, LLC
900 W. Jackson Blvd. Suite 7E
Chicago, Illinois 60607
(312) 625- 6129

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DEANNA FINNIGAN,** | ) | |
| **Plaintiff,** | ) | **Case No. 1:21-cv-04685** |
| | ) | |
| **v.** | ) | **Judge Steven C. Seeger** |
| | ) | |
| **SGT ROBERT CARRILLO #2429** | ) | **Magistrate Judge Jeffrey T. Gilbert** |
| **P.O. MICHAEL PETTIS #15422,** | ) | |
| **P.O. JAIRO VALERIANO #10649,** | ) | **JURY DEMAND** |
| **JOHN DOE CHICAGO POLICE** | ) | |
| **OFFICERS, THE CITY OF CHICAGO,** | ) | |
| **A Municipal Corporation,** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**
**DIRECTED TO CARRILLO #2429**

Plaintiff hereby requests, pursuant to the provision of Rule 34 of the Federal Rules of

Civil Procedure, that the City of Chicago produce for inspection and copying by Plaintiff the

documents listed below.  Production is to be made within thirty (30) days at a time and place

mutually convenient to counsel for the Plaintiffs and counsel for the Defendants.

1.  Any and all phone records, including but not limited to: phone calls or messages,

     made or sent on November 25, 2019 – November 26, 2019, related to Deanna

     Finnigan's arrest, processing, and detention.

2.  Any and all electronic communication sent or received between November 25,

     2019 - November 26, 2019, regarding Deanna Finnigan's arrest, processing, and

     detention.

3.  Any and all documents or records that identify the Defendant's communication

     with any other officer involved in the arrest, processing, and detention of Deanna

     Finnigan on November 25, 2019 – November 26, 2019.

4.     Copies of any and all documents relied upon in answering any of the Plaintiff's Interrogatories to the Defendants.

5.     Copies of Defendant's work schedule on November 25, 2019 – November 26, 2019.

6.     All correspondence to and/or from Defendant Robert Carrillo regarding Deanna Finnigan's arrest, processing, and detention (excluding correspondence to attorneys that falls within the attorney-client privilege) on November 25, 2019 – November 26, 2019.

7.     Any documents or records which show the name & badge number of the officer, marked by a red arrow, in the photos attached as Exhibit A.

Respectfully submitted,

_____

Brian Orozco

The Law Office of C.N. Norris, LLC
900 W. Jackson Blvd. Suite 7E
Chicago, Illinois 60607
(312) 625- 6129

2

EXHIBIT A



EXHIBIT A



EXHIBIT A



EXHIBIT A

