# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEANNA FINNIGAN, | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-04685 |
| | ) | |
| v. | ) | Judge Steven C. Seeger |
| | ) | |
| SGT ROBERT CARRILLO #2429 | ) | Magistrate Judge Jeffrey T. Gilbert |
| P.O. MICHAEL PETTIS #15422, | ) | |
| P.O. JAIRO VALERIANO #10649, | ) | JURY DEMAND |
| JOHN DOE CHICAGO POLICE | ) | |
| OFFICERS, THE CITY OF CHICAGO, | ) | |
| A Municipal Corporation, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO THE CITY OF CHICAGO**

Plaintiff hereby requests, pursuant to the provision of Rule 34 of the Federal Rules of Civil Procedure, that the City of Chicago produce for inspection and copying by Plaintiff the documents listed below. Production is to be made within thirty (30) days at a time and place mutually convenient to counsel for the Plaintiffs and counsel for the Defendants.

1. Any and all documents or records related to the arrest, processing and detention of Deanna Finnigan (DOB: 4/24/1992, IR # 2258328, CB #19902263) on November 25, 2019 – November 26, 2019.

2. Any and all phone records, including but not limited to phone calls or messages, made or sent on November 25, 2019 – November 26, 2019, related to Deanna Finnigan's arrest, processing, and detention.

3. Any and all electronic communication sent or received between November 25, 2019 - November 26, 2019, regarding Deanna Finnigan's arrest, processing, and detention.

1

4. Any and all documents or records that identify the officers involved in the arrest, processing, and detention of Deanna Finnigan on November 25, 2019 – November 26, 2019.

5. Copies of any documents identifying other officers who were present at Deanna Finnigan's arrest, processing and detention on November 25, 2019, and November 26, 2019.

6. Copies of Defendant Carrillo's work schedule on November 25, 2019 – November 26, 2019.

7. All correspondence to and/or from Defendant Robert Carrillo regarding Deanna Finnigan's arrest, processing, and detention (excluding correspondence to attorneys that falls within the attorney-client privilege) on November 25, 2019 – November 26, 2019.

8. Provide the names and star numbers of all the members of the Fugitive Apprehension Unit of the Chicago Police Department working on November 25, 2019 and November 26, 2019 as described in the arrest report attached (Exhibit 2).

9. Please identify the name and star number of the "1st District Desk Sgt" who served conditions of the order of protection who is referenced in the narrative in the arrest report marked as Exhibit 2.

10. Please identify the name and star number of the officer, marked by a red arrow, in Exhibit A.

11. Please provide the names and star numbers of everyone associated with

the 'Transport Details' section of the arrest report marked as Exhibit 2 including, but not limited to, all officers associated with "2PO 0172".

12. Please provide any and all documents which show the gender of the following officers associated with the processing described in the Exhibit A as: C Guzman, M N Parker, CD Monahan #10741, JM Mastandrea #11247, SM Jones #16634.

13. Any document that identifies the name, gender and badge number of all officers that were physically working in the police station at the 1st District on November 25, 2019.

14. Any document that identifies the name, gender and badge number of all officers that were physically working in the police station at the 12th District on November 25, 2019.

Respectfully submitted,

_____
Brian Orozco

The Law Office of C.N. Norris, LLC
900 W. Jackson Blvd. Suite 7E
Chicago, Illinois 60607
(312) 625- 6129

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEANNA FINNIGAN,<br>    Plaintiff, | )<br>)<br>)  Case No. 1:21-cv-04685<br>) |
| v. | )  Judge Steven C. Seeger<br>) |
| SGT ROBERT CARRILLO #2429<br>P.O. MICHAEL PETTIS #15422,<br>P.O. JAIRO VALERIANO #10649,<br>JOHN DOE CHICAGO POLICE<br>OFFICERS, THE CITY OF CHICAGO,<br>A Municipal Corporation,<br>    Defendants. | )  Magistrate Judge Jeffrey T. Gilbert<br>)<br>)  JURY DEMAND<br>)<br>)<br>)<br>) |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES**
**DIRECTED TO THE CITY OF CHICAGO**

    DEMAND is hereby made upon you pursuant to the provisions of Rule 33 of the Federal Rules of Civil Procedure to answer fully, in writing, and under oath within thirty (30) days of service hereof upon Defendants the following interrogatories propounded by the Plaintiff:

    1.    List the full name, work address, work phone number, star number and hours worked of every officer that booked arrestees at District 12 on November 25, 2019, and November 26, 2019.

**ANSWER:**

    2.    List the full name, work address, work phone number, star number and hours worked of every officer that booked arrestees at District 1 on November 25, 2019, and November 26, 2019 .

**ANSWER:**

3.      List the full name, work address, work phone number, and star number of every officer involved in the arrest, processing, and detention of Deanna Finnigan (DOB: 4/24/1992, IR # 2258328, CB #19902263) on November 25, 2019, and November 26, 2019.

**ANSWER:**

4.      List the full name, work address, work phone number, and star number of every and any officer that called District 12 regarding the arrest, processing and detention of Deanna Finnigan (DOB: 4/24/1992, IR # 2258328, CB #19902263) on November 25, 2019, and November 26, 2019.

**ANSWER:**

5.      List the full name, work address, work phone number, and star number of every and any officer that called District 1 regarding the arrest, processing, and detention of Deanna Finnigan (DOB: 4/24/1992, IR # 2258328, CB #19902263) on November 25, 2019, and November 26, 2019.

**ANSWER:**

6.      List the full name, work address, work phone number, star number and hours worked of all female officers that monitored or oversaw the detention of arrestees at District 12 on November 25, 2019, and November 26, 2019.

**ANSWER:**

7. List the full name, work address, work phone number, star number and hours worked of all female officers that monitored or oversaw the detention of arrestees at District 1 on November 25, 2019, and November 26, 2019.

**ANSWER:**

8. List the name, gender and badge number of all officers that were physically working in the police station at the 1st District on November 25, 2019, and November 26, 2019.

**ANSWER:**

9. List the name, gender and badge number of all officers that were physically working in the police station at the 12th District on November 25, 2019, and November 26, 2019.

**ANSWER:**

Respectfully submitted,

_____

Brian Orozco

The Law Office of C.N. Norris, LLC
900 W. Jackson Blvd. Suite 7E
Chicago, Illinois 60607
(312) 625- 6129

3

**CHICAGO POLICE DEPARTMENT**
**ARREST REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

FINAL APPROVAL

# EXHIBIT 2

CB #: 19902263
IR #:
YD #:

## ARREST REPORTING

### OFFENDER

**Name:** FINNIGAN, Deanna
**Res:** 6 N 348 Rohlwing Road
Itasca, IL

Unknown
**DOB:** 1992
**AGE:** 27 years
**POB:** Illinois
**ARMED WITH** Unarmed

**Beat:** 3100

Female
White
5' 05"
115 lbs
Brown Eyes
Black Hair
Long Hair Style
Light Complexion

### INCIDENT

**Arrest Date:** 25 November 2019 14:10   **TRR Completed?** No
**Location:** 1100 S Hamilton Ave   **Beat:** 1225
Chicago, IL 60612
292 - Government Building / Property
**Holding Facility:** Central Female Lockup
**Resisted Arrest?** No

**Total No Arrested:** 1   **Co-Arrests**   **Assoc Cases**
**DCFS Ward?** No
**Dependent Children?** No

### CHARGES

**Victim**

1   Offense As Cited   **725 ILCS 5.0/110-3**
ISSUANCE OF WARRANT
Class Z -

### RECOVERED NARCOTICS

**NO NARCOTICS RECOVERED**

### WARRANT

| Warrant No | Issue Date | Type | NCIC/Leads No | Hold | Bond Amount | Case Docket No | County |
|---|---|---|---|---|---|---|---|
| W19Q7895 | 15-NOV-19 | Original Arrest Warrant | | | | 19DV7973 601 | Cook |

**Remarks:** WARRANT #CW0066820 CONFIRMED VIA CENTRAL WARRANTS PO ALLEN #29476 AT 1600 HRS

CB #:19902263

**Print Generated By:** ( )   Page 1 of 5   13 SEP 2021 02:00
powered by: CLEAR Technology

**Chicago Police Department - ARREST Report**  **EXHIBIT 2**  CB #: 19902263
FINNIGAN, Deanna

## ARREST REPORTING

**NON-OFFENDER(S)**

**ARRESTEE VEHICLE**

NO ARRESTEE VEHICLE INFORMATION ENTERED

**PROPERTIES**

**Confiscated Properties :**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    FINNIGAN, Deanna,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

**INCIDENT NARRATIVE**

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT #06951 THIS IS AN ARREST BY THE FUGITIVE APPREHENSION UNIT. A/O'S RECEIVED INFORMATION THAT THE ABOVE ARRESTEE HAD AN ACTIVE WARRANT FOR OBSTRUCTING A COURT ORDER UNDER WARRANT #CW0066820 ISSUED ON 15 NOV 2019. A/O'S WERE AWARE THAT THE OFFENDER HAD A COURT DATE AT THE ABOVE LOCATION WHERE SHE WAS POSITIVELY IDENTIFIED BY SELF ADMITTANCE AND AN I-CLEAR PHOTO, PLACED INTO CUSTODY AND TRANSPORTED TO THE 001ST DISTRICT FOR FURTHER PROCESSING. NAME CHECK REVEALED DEANNA FINNIGAN(OFFENDER) IS A NAMED RESPONDENT ON PLENARY ORDER OF PROTECTION #19OP75644. FINNIGAN(OFFENDER) SERVED CONDITIONS OF THE ORDER OF PROTECTION BY 001ST DISTRICT DESK SGT. ARRESTEE IS CLEAR OF ANY OTHER WARRANTS OR INVESTIGATIVE ALERTS. GANG AFFILIATION: NONE. OFFENDER IS NOT ON PROBATION OR PAROLE. THIS IS NOT A BODY WORN CAMERA INCIDENT. SEARCH CONDUCTED BY COOK COUNTY SHERIFF SPURLOCK #11482. CENTRAL WARRANTS PO ALLEN #29476 NOTIFIED AT 1600 HRS.

**COURT INFO**

**Desired Court Date:** 26 November 2019
**Branch:** 61-2   555 W HARRISON ST - Room 40
**Court Sgt Handle?** No
**Initial Court Date:** 26 November 2019
**Branch:** 61-2   555 W HARRISON ST - Room401
**Docket #:**

**BOND INFO**

**BOND INFORMATION NOT AVAILABLE**



# EXHIBIT 2

**Chicago Police Department - ARREST Report**

CB #: 19902263
FINNIGAN, Deanna

## ARREST REPORTING

### REPORTING PERSONNEL

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #15422 | PETTIS, M O | 25 NOV 2019 16:24 |

**ARRESTING OFFICER(S):**

| | | | | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #15422 | PETTIS, M O | | 5752B |
| Arresting Officer - Second: | #10649 | VALERIANO, J M | | 5752C |

**APPROVING SUPERVISOR:**

| Approval of Probable Cause: | #569 | KANE III, R E | 25 NOV 2019 16:41 |

**Chicago Police Department - ARREST Report**    **EXHIBIT 2**    CB #: 19902263
FINNIGAN, Deanna

## ARREST PROCESSING REPORT

**Holding Facility:** Central Female Lockup
**Received in Lockup:** 25 November 2019 16:50
**Prints Taken:** 25 November 2019 17:08
**Palmprints Taken:** Yes
**Photograph Taken:** 25 November 2019 17:02
**Released from Lockup:** 26 November 2019 06:00

**Time Last Fed:**
**Time Called:** 25 November 2019 17:04    **Phone#:**
**Cell #:** 95    - Placed in one person cell
**Transport Details:** 2PO    0172    25-NOV-2019 14:33

### VISUAL CHECK OF ARRESTEE

| Question | Response |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol / drugs? | No |
| Signs of alcohol / drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

- (if female) are you pregnant?
- First time ever been arrested?
- Attempted suicide / serious harm?
- Transgender / intersex / gender non-conforming?
- Deaf / hard of hearing-request interpreter for court?
- Interpreter needed? (indicate language)
- Serious medical problems?
- Serious mental problems?

### ARRESTEE PRESCRIPTION MEDICATION INFORMATION:

| Question | Response | Medical Condition | Next Medication Due |
|---|---|---|---|
| Presently Taking Prescribed Medication? | | | |

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**
Property #2840828

**LOCKUP KEEPER COMMENTS:**

25 NOV 2019 17:08    PARKER, Michelle N    Cell Change

### EMERGENCY CONTACT

**Name:** REFUSED
**Res:**    **Beat:**

### INTERVIEW LOG

**NO INTERVIEWS LOGGED**



**Chicago Police Department - ARREST Report** **EXHIBIT 2**

CB #: 19902263
FINNIGAN, Deanna

ARREST PROCESSING REPORT

**VISITOR LOG**

**NO VISITORS LOGGED**

**MOVEMENT LOG**

**MOVEMENT LOG INFORMATION NOT AVAILABLE**

**WC COMMENTS**

**Watch Commander Comments:**

**REL w/o CHARGING**

**DOES NOT APPLY TO THIS ARREST**

**PROCESSING PERSONNEL**

**ARRESTEE PROCESSING PERSONNEL:**

| | | | Beat |
|---|---|---|---|
| Searched By: | | GUZMAN, C | |
| Lockup Keeper: | | PARKER, M N | |
| Arresting Officer - Assisting: | #10741 | MONAHAN, C D | 0172 |
| Arresting Officer - Assisting: | #11247 | MASTANDREA, J M | 0172 |
| Arresting Officer - Assisting: | #11482 | SPURLOCK | |
| Fingerprinted By: | #16634 | JONES, S M | |

**APPROVAL PERSONNEL:**

| | | | | Beat |
|---|---|---|---|---|
| Final Approval of Charges : | #569 | KANE III, R E | 25 NOV 2019 18:02 | |



# Redaction Log

Redaction Date: 9/14/2021 11:02:20 AM

Total Number of Redactions in Document: 28

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
| --- | --- | --- | --- |
| 1 | | | 6 |
| 2 | | | 2 |
| 3 | | | 6 |
| 4 | | | 6 |
| 5 | | | 8 |

**Redaction Log**

Redaction Date: 9/14/2021 11:02:20 AM

**Redaction Reasons by Exemption**

| Reason | Description | Pages (Count) |
|---|---|---|
|  |  | 1(6) 2(2) 3(6) 4(6) 5(8) |